IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In the Matter of**: | } | Bankruptcy Case No. 22-07885 |
| | } | |
| Velma Latrese Griggley | } | Judge Jacqueline P. Cox |
| | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Cook County |

TO:   **Thomas H. Hooper**, Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, via electronic notification;

**Velma Latrese Griggley,** 8340 S. Elizabeth, Chicago, IL 60620, via U.S. Mail; and

See Attached List

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on January 6, 2023, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin         1/6/2023
David Freydin, Esq        Date
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL  60077
Phone: 847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-07885<br>Northern District of Illinois<br>Eastern Division<br>Tue Oct 25 11:51:56 CDT 2022 | (p)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS CT<br>KENNESAW GA 30144-5942 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Affirm<br>650 California Street, 12th Floor<br>San Francisco, CA 94108-2716 | CAPITAL ONE<br>P.O BOX 31293<br>SALT LAKE CITY UT 84131-0293 |
| CAPITAL ONE/Walmart<br>P.O BOX 31293<br>SALT LAKE CITY UT 84131-0293 | COMENITY/Catherines<br>3095 LOYAL TY CIRCLE BUILDING A<br>COLUMBUS, OH 43219-3673 | COMENITY/ROMANS<br>3095 LOYAL TY CIRCLE BUILDING A<br>COLUMBUS, OH 43219-3673 |
| COMENITY/Womanwithin<br>3095 LOYAL TY CIRCLE BUILDING A<br>COLUMBUS, OH 43219-3673 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| CarMax Auto Finance<br>PO Box 6045<br>Carol Stream, IL 60197-6045 | CarMax Auto Finance dba CarMax Business Srvc<br>225 Chastain Meadows Court,<br>Ste 210<br>Kennesaw, GA 30144-5942 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| DISCOVER<br>P.O BOX 30939<br>SALT LAKE CITY, UT 84130-0939 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | ED Financial<br>120 N Seven Oaks D<br>Knoxville, TN 37922-2359 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | SYNC/HSN<br>PO Box 965015<br>Orlando, FL 32896-5015 |
| SYNC/PPMC<br>PO Box 965015<br>Orlando, FL 32896-5015 | SYNCB/ AMAZON<br>P. 0 BOX 965015<br>ORLANDO, FL 32896-0001 | SYNCB/ OLD Navy<br>P. 0 BOX 965015<br>ORLANDO, FL 32896-0001 |
| SYNCB/ PEP BOYS<br>P. 0 BOX 965015<br>ORLANDO, FL 32896-0001 | SYNCB/PAYPAL CREDIT CARD<br>P.O.BOX 956005<br>ORLANDO , FL 32896-0001 | SYNCB/PPC<br>P.O.BOX 956005<br>ORLANDO , FL 32896-0001 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TD Bank USA / Target Credit<br>PO Box 1470<br>Minneapolis, MN 55440-1470 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 |

| | | |
|---|---|---|
| UPSTART NETWORK<br>P.O.BOX 61203<br>PALO ALTO, CA 94306-6203 | Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Zingo Cash<br>200 N. Fairway Dr.<br>Vernon Hills, IL 60061-1861 |
| David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 |
| Velma Latrese Griggley<br>8340 S Elizabeth<br>Chicago, IL 60620-3942 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CarMax Auto Finance<br>225 Chastain Meadows Court,<br>STE. 210<br>Kennesaw, GA 30144 | Illinois Department of Revenue<br>Bankruptcy Unit<br>P O Box 19035<br>Springfield IL 62794-9035 | UPGRADE INC<br>2 NORTH CENTRAL AVE 10TH FLR<br>PHEONIX, AZ 85004 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Century 21 | (u)Kim Wirtz | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     2<br>Total                   38 |